**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Willie E Wilkins | ) | Chapter 13 |
| | ) | Case No. 24 B 06516 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## NOTICE OF MOTION

Willie E Wilkins
1920 Dartmouth Street,
Chicago Heights, IL  60411
via U.S. Mail

Debtor Attorney: Matthew C Baysinger
via Clerk's ECF noticing procedures

PLEASE TAKE NOTICE that on July 23, 2024 at 10:00 am, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 642, Chicago, IL  60604 **or** electronically as described below, and present this motion of the Standing Trustee to Dismiss this case, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 319 7225 and the passcode is 584922. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:   /s/ MARILYN O. MARSHALL

## CERTIFICATE OF SERVICE

I, Marilyn O. Marshall, an attorney, certify under penalty of perjury that I served a copy of this notice and the attached motion on each entity shown above at the address shown and by the method indicated on the list on Tuesday, July 9, 2024.

/s/ MARILYN O. MARSHALL

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Willie E Wilkins | ) | Chapter 13 |
| | ) | Case No. 24 B 06516 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

**Motion to Dismiss Case For Unreasonable Delay**

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 04/30/2024.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to provide a Comparative Market Analysis to substantiate the value of the property listed on schedule A.

4. Debtor has failed to amend the petition to list prior bankruptcies.

5. Debtor has failed to fix the treatment of the creditor in 3.2 of the Plan.

6. Debtor's second property is a drain on the estate.

7. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300