Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 24-06516 |
| Willie Wilkins, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| Debtor(s) | ) | |

## AGREED REPAYMENT ORDER IN SETTLEMENT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

This case is before the court on the motion of Creditor, WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CSMC 2018-RPL1 TRUST , to modify the automatic stay. Creditor and Debtor, through their attorneys, agree as follows in settlement of the Motion:

1. Beginning with the post-petition installment payment due December 1, 2024, the Debtor must commence making timely post-petition payments continuing throughout the pendency of the bankruptcy.

2. A payment is considered "timely" if the full payment is received in the office of the Creditor on or before the 15th day of the month in which it is due.

3. If Creditor does not receive any two "timely" post-petition monthly mortgage payments, Creditor may issue a Notice of the Default stating the amount of the default and giving the debtor 14 days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the debtor and the debtor's lawyer. If the debtor does not cure the default within 14 days from the filing date of the Notice of Default, then Creditor may file a Notice of Termination of the Stay with a certificate of service on the debtor and the debtor's lawyer. The Notice of Termination terminates the automatic stay to permit Creditor to exercise its in rem rights under non-bankruptcy law in the collateral, effective on the date the Notice of Termination is filed. The stay in Rule 4001(a)(3) does not apply to the Notice of Termination.

4. If Debtor brings the loan post-petition current within that 14-day period, proof of cure must be received by Secured Creditor's attorneys via e-mail, and at 205 N. Michigan Avenue, Suite 810, Chicago, IL 60601 within fourteen (14) days from the date the Notice of Default was sent.

/s/ Samantha C. San Jose        /s/ Matthew Baysinger
Attorney for Creditor            Attorney for Debtor

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: 11/12/2024

**Prepared by:**

Samantha C. San Jose
Attorney for Secured Creditor
205 N. Michigan Avenue Suite 810
Chicago, Illinois  60601
(833) 424-1715
ssanjose@raslg.com