# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## ADMINISTRATIVE ORDER
## No. 24-14

### Reassignment of Cases

The United States Court of Appeals for the Seventh Circuit having appointed Michael B. Slade to the position of United States Bankruptcy Judge for the Northern District of Illinois and the appointment being effective November 25, 2024, **IT IS ORDERED:**

Except as otherwise ordered, all pending cases assigned to Calendar ABG as well as any related adversary proceedings and any pending adversary proceedings in closed bankruptcy cases assigned to Calendar ABG are reassigned to Judge Slade.

The clerk is authorized to modify the court's electronic case management records to conform with this order and may begin reassigning cases on Sunday, November 24, 2024.

Dated: November 6, 2024

*Jacqueline P. Cox*

Jacqueline P. Cox
Chief Judge